U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

AUG 06 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BERNARD ALLEN CHARLES | CIVIL NO. 6:14-2797 |
| | CRIMINAL NO. 6:03-CR-60045 |
| VERSUS | JUDGE HAIK |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by the petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Bernard Allen Charles' petition for writ of *habeas corpus* be **transferred** the United States District Court for the Eastern District of Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 5th day of August, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE